United States Court of Appeals
Fifth Circuit

**F I L E D**

**April 22, 2003**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 02-11130
Conference Calendar

_____

ADOLFO MORENO-RIOS,

Petitioner-Appellant,

versus

L.E. FLEMING, Warden,

Respondent-Appellee.

--------------------
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:02-CV-793-A
--------------------

Before DAVIS, BARKSDALE, and STEWART, Circuit Judges.

PER CURIAM:[*]

Adolfo Moreno-Rios, federal prisoner # 71268-079, filed a

28 U.S.C. § 2241 petition in the district court. In his

petition, Moreno-Rios attacked his underlying conviction for

drug-related offenses on the grounds of double jeopardy, actual

innocence, mental incompetency, and ineffective assistance of

counsel.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

Moreno-Rios has failed to address the district court's determination that his claims are subject to the rules of 28 U.S.C. § 2255 and that Moreno-Rios has not been granted leave to file a second or successive 28 U.S.C. § 2255 motion. Moreno-Rios has therefore waived argument on these issues. See Yohey v. Collins, 985 F.2d 222, 225 (5th Cir. 1993).

This appeal is without arguable merit and is frivolous. See Howard v. King, 707 F.2d 215, 220 (5th Cir. 1983). It is therefore dismissed. 5TH CIR. R. 42.2.

APPEAL DISMISSED.